UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| TYRONE TRICE, and | : | VIOLATIONS: |
| also known as "Lindsey Lemon," | : | 21 U.S.C. § 841(a)(1) and |
| THOMAS TAYLOR, | : | § 841(b)(1)(B)(iv) |
| also known as "T," | : | (Unlawful Distribution of One Hundred |
| | : | Grams or More of a Mixture and |
| Defendants. | : | Substance Containing a Detectable |
| | : | Amount of Phencyclidine) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | | (Unlawful Distribution of a Mixture |
| | | and Substance Containing a Detectable |
| | | Amount of Phencyclidine) |

FORFEITURE:
21 U.S.C. §§ 853(a), (p)

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about May 19, 2016, within the District of Columbia, **TYRONE TRICE**, also known as "Lindsey Lemon," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one hundred grams or more.

**(Unlawful Distribution of One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))**

## COUNT TWO

On or about June 7, 2016, within the District of Columbia, **TYRONE TRICE**, also known as "Lindsey Lemon," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> **(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about July 21, 2016, within the District of Columbia, **TYRONE TRICE**, also known as "Lindsey Lemon," and **THOMAS TAYLOR**, also known as "T," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one hundred grams or more.

> **(Unlawful Distribution of One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in Counts One, Two, and/or Three, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendants in the amount of $4,800.

2.      If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided without

            difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the

value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*Channing D Phillips*

Attorney of the United States in
and for the District of Columbia.